IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF STATE | : | CIVIL ACTION |
| COUNTY AND MUNICIPAL EMPLOYEES | : | |
| DISTRICT COUNCIL NO. 33, AFL-CIO, et al. | : | No. 03-371 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | |

**<u>ORDER</u>**

AND NOW, this 29th day of March 2012, it is ORDERED judgment is entered in favor of Defendant City of Philadelphia, and against Plaintiff Leroy Simmons. Simmons is not entitled to economic damages or any contributions made by the City of Philadelphia on Simmons's behalf into his City Pension Fund.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.